UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __25-8199-WM__

UNITED STATES OF AMERICA

v.

ALFREDO SANCHEZ-GALVAN,
  a/k/a Fidel Medina,

            Defendant.
_____/

FILED BY ____SW____ D.C.
Apr 10, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes  ✓ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?
   ☐ Yes  ✓ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ✓ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:  Rinku.Tribuiani@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALFREDO SANCHEZ-GALVAN,<br>a/k/a Fidel Medina,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  25-8199-WM<br>)<br>)<br>) |

FILED BY ____SW____ D.C.
Apr 10, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/09/2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) and (b)(2) | Illegal re-entry after removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: April 10, 2025

_____
*Judge's signature*

City and state: West Palm Beach, FL       William Matthewman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Alfredo SANCHEZ-GALVAN, also known as Fidel MEDINA, committed the offense of illegal re-entry into the United States after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about April 9, 2025, Alfredo SANCHEZ-GALVAN was arrested in Palm Beach County, Florida on two separate outstanding warrants for failure to appear for arraignments in state cases related to driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Alfredo SANCHEZ-GALVAN is a native and citizen of Mexico. Records further show that on or about January 5, 2004, Alfredo SANCHEZ-GALVAN was ordered removed. The Order of

1

Removal was executed on or about January 8, 2004, whereby Alfredo SANCHEZ-GALVAN was removed from the United States and returned to Mexico.

5. Records further show that on or about February 3, 1997, in the United States District Court, Southern District of Texas, Alfredo SANCHEZ-GALVAN was convicted of the offense of knowingly, willfully, and in reckless disregard of the fact that Jose Conception RODRIGUEZ Velasquez, and Celis GARCIA Deloya had entered the United States unlawfully and in violation of law, did aid and abet Jose Conception RODRIGUEZ Velasquez, and Celis GARCIA to attempt to or to elude examination by Immigration Officers of the United States, in violation of Title 18 and Title 8 of the United States Code, Sections 2 and 1325. Case number B-97-351M-01.

6. Further review of the records shows that Alfredo SANCHEZ-GALVAN was convicted of the following felony offenses:

- On or about May 12, 2003, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County of the offense of Sale of Cocaine, in case number 03-1391-CF-B02.

- On or about May 12, 2003, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County of the offense of Sale of Cocaine, in case number 03-1397-CF-A02.

- On or about May 12, 2003, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County of the offense of Sale of Cocaine, in case number 03-1447-CF-B02.

-  On or about May 12, 2003, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County of the offense of Sale of Cocaine, in case number 03-1500-CF-A02.

7. Alfredo SANCHEZ-GALVAN's fingerprints taken in connection with his April 9, 2025 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Alfredo SANCHEZ-GALVAN.

8. A records check was performed in the Computer Linked Application Informational Management System to determine if Alfredo SANCHEZ-GALVAN filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Alfredo SANCHEZ-GALVAN obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about April 9, 2025, Alfredo SANCHEZ-GALVAN, an alien who was previously deported and removed from the United States, was found in the United States without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of

Title 8, United States Code, Section 1326(a) and (b)(2).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __10th__ day of April 2025.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4